IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          CASE NO. 1:02-cr-00045-MP -AK

CRAIG CHARLES BOLLES,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 188, Objection to Report and Recommendation filed by Craig Charles Bolles. Defendant has filed objections to the Magistrate Judge's report and recommendation, which the Court adopted on September 20, 2007. Pursuant to the report and recommendation, the Court granted Defendant's motion to vacate and reimposed the same sentence to allow Defendant the opportunity to file an appeal. The Court did not address the other grounds raised since the result was dispositive of the motion. Defendant never filed an appeal and now asks the Court to conduct a *de novo* review of the other grounds of Defendant's motion to vacate. Since Defendant's motion to vacate was granted, addressing any other grounds for vacatur would be only surplusage. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant's request for *de novo* review of his Motion to Vacate is DENIED.

    **DONE AND ORDERED** this   *17th* day of May, 2011

                                     *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge