IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

USA,

    Plaintiff,

v.                                                  CASE NO. 1:02-cr-00045-MP-AK-3

CRAIG CHARLES BOLLES,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on doc. 193, Motion for Relief from Judgment or Order Pursuant to Rule 60(b)(6) by Craig Charles Bolles. The defendant seeks relief from the Court's order vacating judgment and re-imposing sentence, doc. 177, and the Court's order denying *de novo* review of his § 2255 motion to vacate, doc. 189.

    Accordingly, it is now **ORDERED** as follows:

1.    The government is directed to respond to the defendant's motion for relief on or before January 13, 2012.

**DONE AND ORDERED** this 21st day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge