IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 1:02-cr-00045-MP-GRJ-3

CRAIG CHARLES BOLLES,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 198, Motion to Continue Evidentiary Hearing by Craig Charles Bolles.  The defendant is currently scheduled for an evidentiary hearing on February 23, 2012.  However, the Assistant Federal Public Defender appointed to represent defendant is scheduled for a three week trial beginning February 13, 2012.  As such, the defendant moves the Court to continue the evidentiary hearing for approximately sixty (60) days.  The government offers no objection to the motion to continue.

    The Court agrees that the evidentiary hearing should be continued but finds that sixty (60) days is unnecessary.

    Accordingly, it is now **ORDERED** as follows:

1.    Defendant's motion to continue evidentiary hearing, doc. 198, is GRANTED.

2.   The Clerk is directed to reschedule the evidentiary hearing for March 13, 2012 at 10:00 a.m.

**DONE AND ORDERED** this 7th day of February, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge